# CASE ANNOUNCEMENTS

*August 27, 2008*

[Cite as *08/27/2008 Case Announcements #2,* 2008-Ohio-4360.]

## MOTION AND PROCEDURAL RULINGS

**2008–1225.   State v. Rife–Anello.**

Stark App. No. 2006CA00340, 2007-Ohio-4822. This cause is pending before the court as an appeal from a court of appeals' decision pursuant to App.R. 26(B). Upon consideration of appellant's emergency motion for stay,

It is ordered by the court that the motion is denied.